Petition for Writ of Mandamus Denied and Memorandum Opinion filed
February 6, 2007








 

Petition
for Writ of Mandamus Denied and Memorandum Opinion filed February   6, 2007.

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-06-01115-CV

____________

 

IN RE MID CENTURY INS. CO. OF TEXAS, Relator

 

 



 

ORIGINAL
PROCEEDING

WRIT OF MANDAMUS

 



 

M E M O R
A N D U M   O P I N I O N

On
December 19, 2006, relator Mid Century Insurance Company of
Texas filed a petition for writ of mandamus in this court.  See Tex. Gov=t Code Ann. ' 22.221 (Vernon 2004); see also Tex. R. App. P. 52.  In the petition,
relator asked this court to compel the Honorable Roberta A. Lloyd, presiding
judge of Harris County Civil Court at Law No. 4, to set aside her November 16,
2006 ruling on discovery.

Relator has not established that it is entitled to
mandamus relief.  Accordingly, we deny relator=s petition for writ of mandamus. 

PER CURIAM

 

Petition Denied and Memorandum
Opinion filed February 6, 2007.

Panel consists of Chief Justice
Hedges and Justices Fowler and Edelman.